IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORREST L. HIXON,

      Plaintiff,                    No. 2:11-cv-00152 KJN

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.               <u>ORDER</u>

_____/

        The court is in receipt of plaintiffs' motion for a 14-day extension of time in which to file a reply to defendant's opposition and cross-motion for summary judgment (Dkt. No. 20).[1] Curiously, although plaintiff represents that defendant does not oppose the motion, the parties did not file a stipulation and proposed order regarding the requested relief. In any event, the undersigned grants plaintiff's unopposed request, which is plaintiff's first request for an extension of time.

////

////

////

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(15) and 28 U.S.C. § 636(b)(1).

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's unopposed motion for an
2  extension of time is granted, and plaintiff shall file his reply brief on or before February 13,
3  2012.
4  IT IS SO ORDERED.
5  DATED: February 3, 2012

7  _____
   KENDALL J. NEWMAN
8  UNITED STATES MAGISTRATE JUDGE